IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Timothy Carver, et al.,

    Plaintiffs,

  v.                                Case No. 2:04-cv-1219

Employer Benefit Services
of Ohio, et al.,

    Defendants.

## ORDER

    Plaintiffs Timothy and Barbara Carver and defendant Kenmack Lumber, Inc., have filed a motion to stay further proceedings in this case pending the satisfaction of the settlement entered into between those parties.  Plaintiffs state that upon payment of the judgment, plaintiffs will relinquish all claims against defendants Kenmack Lumber and Employer Benefit Services of Ohio.  Having received no objections to the motion, it is hereby granted.  This case is hereby stayed until further order of this court.  Counsel for the parties shall file either a stipulation disposing of the case or a status report on the settlement no later than November 1, 2006.


Date: April 14, 2006                    s\James L. Graham
                                            James L. Graham
                                            United States District Judge